AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IQ GLOBAL CONSULTING SAGL IN LIQUIDATION <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-4545 TSH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
c/o United States Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

(See Attachment Page)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew D. Allen, Esq. CA SBN 269502
ALLEN TAX LAW, APC
750 Menlo Avenue, Suite 320
Menlo Park, CA 94025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 5/30/2025

P.Frontiera
*Signature of Clerk or Deputy Clerk*

**Attachment Page**

(Form AO 440 (Rev. 06/12) Summons in a Civil Action)

To: (Defendant's Name and address)

United States of America
c/o Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

To: (Defendant's Name and address)

United States of America
c/o Commissioner's Office
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224